## CRIMINAL CAUSE FOR VIOLATION OF SUPERVISED RELEASE:

BEFORE: JUDGE ROSS          DATE: AUG 23,2016     TIME:2:00pm
CR-08-287 (ARR)

DEFT NAME: William Sawicz                              #
         X  present      ___ not present      ___ cust.      x  bail

DEFENSE COUNSEL: Mia Eisner Grynberg
         X  present      ___ not present      ___ CJA    ___ RET.    x LAS


A.U.S.A.: Nomi Berenson                        CLERK: D. La Salle

REPORTER: C. Heading                           USPO: B. Kelly
INT:    (LANG.-        )

 X   CASE CALLED.    x   DEFT(S) _____ APPEAR WITH COUNSEL.
___  DEFT(S) _____ APPEAR WITHOUT COUNSEL.
___  COUNSEL PRESENT WITHOUT DEFT(S) _____.
___  FINAL REVOCATION HRG ADJ'D TO _____.

___  FINAL REVOCATION HRG HELD.   ___ HRG CONT'D TO _____.
 x   DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF :
 x   GUILTY   ___ NOT GUILTY TO COUNT ONE  THE OF VIOLATION.

___  COURT FINDS DEFT   ___ GUILTY   ___ NOT GUILTY.
___  DEFT CONT'D ON PROBATION UNTIL _____.
___  DEFT REINSTATED TO PROBATION. ___ PROBATION REVOKED.
___  JUDGMENT REVOKING TERMS & CONDITIONS OF PROBATION.

___  SENTENCING SET FOR _____.   X  SENTENCING HELD.
___  EXECUTION OF SENTENCE STAYED TO _____.
___  DEFT REMANDED TO CUSTODY OF U.S. MARSHAL.


SENTENCE TEXT:

✓ Deft is sentenced to 5 years incarceration; 5 years supervised release.


OTHER: